JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE REYNOLDS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SANTA MONICA,<br>SERGEANT DERRICK JACOB,<br>OFFICER BENJAMIN JENKINS,<br>DETECTIVE LLOYD GLADDEN, and<br>DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. CV 11-2933 MMM (JCx)<br><br>JUDGMENT FOR DEFENDANTS |

　　On October 24, 2012, the court issued an order granting defendants' motion for summary judgment. Accordingly,

　　IT IS ORDERED AND ADJUDGED

　　　　1.　　That plaintiff takes nothing by way of his complaint; and

　　　　2.　　That the action be, and it hereby is, dismissed.

DATED: October 24, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE